1  John Quincy Brown III (SBN: 60681)
2  Stephen W. Robertson (SBN: 228708)
   Hardy Erich Brown & Wilson
3  A Professional Law Corporation
   1000 G Street, 2nd Floor
4  Sacramento, CA 95814
5  Tel: (916) 449-3837
   (916) 449-3888 [Fax]
6  jbrown@hebw.com
7  srobertson@hebw.com

8  **Attorneys for Defendant**
9

10                 UNITED STATES DISTRICT COURT
11                 EASTERN DISTRICT OF CALIFORNIA
12

13  PENELOPE COSTAMAGNA and GARY         Case No.: 2:17-cv-00409-MCE-EFB
    COSTAMAGNA,
14                                        **JOINT STIPULATION AND ORDER
15              Plaintiff,                TO EXTEND TIME TO ANSWER OR
                                          OTHERWISE RESPOND TO
16  v.                                    COMPLAINT PURSUANT TO
                                          EASTERN DISTRICT LOCAL RULE
17  THE PROCTER & GAMBLE COMPANY,         144(a)**
    an Ohio Corporation, ASTRAZENECA
18  PHARMACEUTICALS LP, a Delaware
    entity, and DOES 1 to 50, inclusive,
19
                Defendants.
20

21
22
23
24      THE PARTIES HEREBY STIPULATE AND AGREE that Defendant
25  THE PROCTER & GAMBLE COMPANY, an Ohio Corporation ("P&G"), may have
26  until May 26, 2017, to answer or otherwise respond to Plaintiff's Complaint in order to
27  allow the parties time to determine if P&G should be dismissed from this action.
28  This extension does not exceed the twenty-eight (28) days allowed under

1

2:17-cv-00409-MCE-EFB

Eastern District Local Rule 144(a).  This is the first stipulation for an extension of time between the parties.  Pursuant to Local Rule 144(a), approval of this stipulation by the Court is not necessary.

Dated: May 1, 2017     By:   /s/ Stephen W. Robertson

HARDY ERICH BROWN & WILSON
Stephen W. Robertson (SBN 228708)
srobertson@hebw.com

Attorneys for Defendant

Dated: May 1, 2017     By:   /s/ Joshua H. Watson (as authorized on 5/1/17)

CLAYEO C. ARNOLD, APC
Joshua H. Watson (SBN 238058)
jwatson@justice4you.com

Attorneys for Plaintiffs

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.  Defendant should answer or otherwise respond to Plaintiffs' Complaint on or before Friday, May 26, 2017.

Dated:  May 3, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Clayeo C. Arnold (SBN 65070)
Joshua H. Watson (SBN 238058)
Clayeo C. Arnold, APC
865 Howe Avenue
Sacramento, California 95825
Email: jwatson@justice4you.com

*Attorneys for Plaintiff*

On May 1, 2017, I served the foregoing **JOINT STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT PURSUANT TO EASTERN DISTRICT LOCAL RULE 144(a)** electronically through the CM/ECF system.

By: */s/ Crystal E. Holman*