1  John Quincy Brown III (SBN: 60681)
2  Stephen W. Robertson (SBN: 228708)
   Hardy Erich Brown & Wilson
3  A Professional Law Corporation
   1000 G Street, 2nd Floor
4  Sacramento, CA 95814
   Tel: (916) 449-3837
5  (916) 449-3888 [Fax]
6  jbrown@hebw.com
7  srobertson@hebw.com

8  **Attorneys for Defendant, The**
9  **Procter & Gamble Company**

10

11              **UNITED STATES DISTRICT COURT**

12              **EASTERN DISTRICT OF CALIFORNIA**

13

14  PENELOPE COSTAMAGNA and GARY        Case No.:  2:17-CV-00409-MCE-EFB
    COSTAMAGNA,
15                                      **JOINT STIPULATION AND ORDER**
              Plaintiff,                **TO DISMISS DEFENDANT, THE**
16                                      **PROCTER & GAMBLE COMPANY,**
    v.                                  **WITHOUT PREJUDICE**
17
    THE PROCTER & GAMBLE
18  COMPANY, an Ohio Corporation,
    ASTRAZENECA PHARMACEUTICALS
19  LP, a Delaware entity, and DOES 1 to 50,
20  inclusive,

21             Defendants.

22

23

24

25

26      IT IS HEREBY STIPULATED, by and between all parties who have appeared,

27  that the above-captioned action is voluntarily dismissed, without prejudice, only against

28  Defendant, The Procter & Gamble Company, pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii),

                                    1

with the parties to bear their own costs. Other defendants remain in this action, and plaintiffs will continue to pursue their action against them.

Dated: May 25, 2017          By:    */s/Stephen W. Robertson*

                                    HARDY ERICH BROWN & WILSON
                                    Stephen W. Robertson (SBN 228708)
                                    srobertson@hebw.com

                                    Attorneys for Defendant, The Procter &
                                    Gamble Company

Dated: May 25, 2017          By:    */s/ Joshua H. Watson* (as authorized on
                                                            5/25/17)

                                    CLAYEO C. ARNOLD, APC
                                    Joshua H. Watson (SBN 238058)
                                    jwatson@justice4you.com

                                    Attorneys for Plaintiffs

Dated: May 25, 2017          By:    */s/ Sharon D. Mayo* (as authorized on
                                                            5/23/17)

                                    ARNOLD & PORTER KAYE SCHOLER
                                    Sharon D. Mayo (SBN 150469)
                                    sharon.mayo@apks.com

                                    Attorneys for Defendant, AstraZeneca
                                    Pharmaceuticals LP

2

1

2

**ORDER**

3

      Pursuant to the parties' stipulation and terms above, Defendant, The Procter &

4

Gamble Company, is hereby dismissed without prejudice.

5

      IT IS SO ORDERED.

6

Dated:  May 31, 2017

7

8

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2:17-CV-00409-MCE-EFB